IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARNELL EVAN WILLIAMS,

    Plaintiff,

vs.

MOBILE COUNTY METRO JAIL,
et al.,

    Defendants.

CIVIL ACTION 04-0574-CB-M

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to obey the Court's Order.

DONE this 6th  day of June, 2005.

                                  <u>**s/Charles R. Butler, Jr.**</u>
                                  **Senior United States District Judge**